NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PSC VSMPO-AVISMA CORPORATION AND VSMPO-TIRUS, U.S., INC.,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**US MAGNESIUM LLC,**

*Defendant-Appellee.*

---

2012-1076

---

Appeal from the United States Court of International Trade in case no. 09-CV-0349, Judge Jane A. Restani.

---

## ON MOTION

---

## ORDER

Upon consideration of US Magnesium LLC's unopposed motion to add Ashley C. Parrish and Tzu-Huan Augustine Lo to the protective order,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB 2 2 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  John M. Gurley, Esq.
Stephen A. Jones, Esq.
Renee Gerber, Esq.

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 2 2 2012

**JAN HORBALY**
**CLERK**